IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 98-22643 |
| TRIPLE B CORPORATION<br>Rt. 1, Box 14A<br>Harleton, TX 75651<br>TIN # 74-1387972 | § § § § | |
| | § § | CHAPTER 7 |
| DEBTOR | § | |

## TRUSTEE'S NOTICE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

1. Bob Anderson, Trustee in the above numbered and entitled proceeding, has distributed the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this court.

2. More than ninety days have passed since the issuance of the distribution checks to each creditor entitled to payment. One or more distribution checks remains outstanding.

3. Pursuant to Bankruptcy Rule 3011, the Trustee shall file a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid into court pursuant to § 347 (a) of the Code. The following funds are unclaimed and are tendered herewith for payment into the Registry of the United States Bankruptcy Court:

| Claim # | Payee and Last Known Address | $ Amt |
|---|---|---|
| 5152 | Vera Allen for Lane K. Allen, deceased<br>c/o Provost Umphrey Law Firm<br>P.O. Box 4905<br>Beaumont, Texas 77704 | $ 4,467.63 |
| 5331 | Danny Duplechain for Ernest Duplechain, deceased<br>c/o Provost Umphrey Law Firm<br>P.O. Box 4905<br>Beaumont, Texas 77704 | 2,233.82 |

| 5382 | Viola Gilbert for Abraham L. Gilbert, deceased<br>c/o Provost Umphrey Law Firm<br>P.O. Box 4905<br>Beaumont, Texas 77704 | 4,467.63 |
|---|---|---|
| 6055 | Sharon Wood Zaal and Judia Wood Sarish as<br>Independent Executrixes of the Estate of<br>Marshall Lynn Wood, deceased<br>c/o Provost Umphrey Law Firm<br>P.O. Box 4905<br>Beaumont, Texas 77704 | 2,233.81 |
| 5543 | Belinda Martin for Charlie Martin, Jr., deceased<br>c/o Provost Umphrey Law Firm<br>P.O. Box 4905<br>Beaumont, Texas 77704 | 2,233.81 |
| 5441 | Joe B. Heath<br>c/o Provost Umphrey Law Firm<br>P.O. Box 4905<br>Beaumont, Texas 77704 | 2,233.81 |

**Total Funds Deposited with Registry of Court**     $ 17,870.51

DATED:   May 13, 2010

Respectfully Submitted,

SMEAD, ANDERSON & DUNN
2110 Horseshoe Lane
Longview, Texas  75605-5628
Telephone 903.232.1880
Fax 903.232.1881

By: _____
Bob Anderson
State Bar Card #01211300

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I do hereby certify that I have served, electronically if to a registered ECF user and otherwise by first class mail, a true and correct copy of the foregoing Notice to the following parties on this the 13th day of May, 2010:

United States Trustee
Eastern District of Texas
300 Plaza Tower
110 North College Avenue
Tyler, Texas 75702

Jason Search
Attorney for Debtor
P.O. Box 3929
Longview, Texas 75606-3929

Debtor, Triple B Corporation *
* No attempt to serve Triple B; address on record is invalid.

_____
BOB ANDERSON

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    **10536**
60-249 / 433

| Case | Debtor |
|---|---|
| 98-22643 BP | Triple B Corporation |
| 92000898490666 | |
| Turnover of unclaimed funds | |

TID #631490
Bob Anderson
2110 Horseshoe Lane
Longview TX 75605-5628

Date 05/13/2010    $ ******17,870.51

~~~Seventeen Thousand Eight Hundred Seventy Dollars and 51/100

Pay to the Order of
United States Bankruptcy Clerk
Eastern District of Texas
110 North College Avenue, 9th Floor
Tyler TX 75702

*[signature]* Bob Anderson

⑈00010536⑈ ⑆043302493⑆ 92000898490666⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    **10536**
60-249 / 433

| Case | Debtor |
|---|---|
| 98-22643 BP | Triple B Corporation |
| 92000898490666 | |
| Turnover of unclaimed funds | |

TID #631490
Bob Anderson
2110 Horseshoe Lane
Longview TX 75605-5628

Date 05/13/2010    $ ******17,870.51

~~~Seventeen Thousand Eight Hundred Seventy Dollars and 51/100

Pay to the Order of
United States Bankruptcy Clerk
Eastern District of Texas
110 North College Avenue, 9th Floor
Tyler TX 75702

**NON-NEGOTIABLE**

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    **10536**
60-249 / 433

| Case | Debtor |
|---|---|
| 98-22643 BP | Triple B Corporation |
| 92000898490666 | |
| Turnover of unclaimed funds | |

TID #631490
Bob Anderson
2110 Horseshoe Lane
Longview TX 75605-5628

Date 05/13/2010    $ ******17,870.51

~~~Seventeen Thousand Eight Hundred Seventy Dollars and 51/100

Pay to the Order of
United States Bankruptcy Clerk
Eastern District of Texas
110 North College Avenue, 9th Floor
Tyler TX 75702

**NON-NEGOTIABLE**